| | |
|---|---|
| 1 | Zachary M. Best. SBN 166035 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>E-mail: service@mission.legal |
| 5 | Attorneys for Plaintiff<br>Francisca Moralez |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCA MORALEZ, | ) | No. 3:17-cv-06426-JST |
| Plaintiff, | ) ) | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | ) ) | |
| SEARS, ROEBUCK AND CO. dba SEARS AUTO CENTER, | ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez ("Plaintiff") and Defendant Sears, Roebuck and Co. ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

Dated: March 6, 2018                MISSION LAW FIRM, A.P.C.

                                    */s/ Zachary M. Best*
                                    Zachary M. Best
                                    Attorneys for Plaintiff
                                    Francisca Moralez

Dated: March 6, 2018                JACKSON LEWIS P.C.

                                    */s/ Kaitlyn L. Lavaroni*
                                    Kaitlyn L. Lavaroni
                                    Attorneys for Defendant
                                    Sears, Roebuck and Co.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                    */s/ Zachary M. Best*
                                    Zachary M. Best
                                    Attorneys for Plaintiff
                                    Francisca Moralez

# ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Francisca Moralez ("Plaintiff") and Defendant Sears, Roebuck and Co. ("Defendant") shall comply with the terms of the confidential Settlement Agreement and Limited Release, the terms of which are incorporated herein by reference for disclosure only as required by law.

2. By consent of Plaintiff and Defendant, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 6, 2018

_____
HON. JON S. TIGAR
United States District Judge